yohnston, Judge,
 

 l.u — When reasons of arrest in judgment are intended to be filed, they must first be shewn to the court and the permission of the court obtained iorufding them.
 

 (§l¿iere de hoc.J
 

 2nd — This assignment made by Long, the obligee, to Hamilton, \vho was a subject before the delation of independence, shall be taken to be a vesting of the interest in Hamilton. It is ia the nature of a power of attorney irrevocable ; and instances have occurred before the revolution, where courts of law have taken notice of such assignments, and have protected them agah.st the acts of the obligee.
 

 3dly — This is an action upon a bond, wherein the heir is named — and it is against the heir: and now it is objected that the actof 1777, cb. 2, sec. 29, exempts the lands irosn execution, as long as there is personal property ; and that the death of the ancestor makes no alteration in this respect ; and that therefore after his death, the lands are still not liable till the personal estate is exhausted ; that the same idea is preserved in 1784, eh. 11, sec.
 
 S ;
 
 and that the preamble ot 1789, cb. 39, clearly supposes the old common law remedy by action of debt, lies
 
 not
 
 fora creditor against the heir. To all this, the answer is, that by the common law the action of debt lay against the heir ; and there is no act of Parliament nor act of Assembly which takes away that remedy — and therefore it lies sail. The act of George II. was not made to narrow but to enlarge the remedy of creditors: the act of
 
 1777
 
 intended to enable a debtor to save Lis lands by shewing personal property : the act of 1784 provides for the case where creditors* first sue the executors, who discharge themselves of their assets, and the preamble of the tics of 1789 speaks in reference to that act.